RECEIVED
US DISTRICT COURT
EASTERN ~~~~~~~~~~

2024 APR 11  A 9 58

TAMMY H DOWNS

**FORM TO BE USED BY PRISONERS IN FILING A COMPLAINT**
**UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983**

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF ARKANSAS**
_____ DIVISION

CASE NO. ___4:24-cv-00322-BRW-JJV___

**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

APR 11 2024

TAMMY H. DOWNS, CLERK
By:_____
DEP CLERK

Jury Trial: ✔Yes ☐ No
(Check One)

I.    Parties

In item A below, place your **full** name in the first blank and place your present address in the second blank.  Do the same for additional plaintiffs, if any.

A.    Name of plaintiff: _Randy Randall  257561_
      ADC # _257561_
      Address: _3201 West Roosevelt Road_
               _Little Rock, Ar 72204_

      Name of plaintiff: _____
      ADC # _____

      Address: _____

      Name of plaintiff: _____
      ADC # _____

      Address: _____

In item B below, place the **full** name of the defendant in the first blank, his official position in the second blank, his place of employment in the third blank, and his address in the fourth blank.

B.    Name of defendant: _Eric S. Higgins_

      Position: _Sheriff_

      Place of employment: _Pulaski county Regional Detention Facility_

      Address: _3201 West Roosevelt Road, Little Rock, Arkansas 72204_

      Name of defendant: _Greg Henry_

      Position: _Publicist_

This case assigned to District Judge __Wilson__
-and to Magistrate Judge__Volpe__

Place of employment: LucKY 8 T.V. LLC

Address: 3201 West Roosevelt Road, Little Rock, Arkansas 72204

Name of defendant: Greg Henry

Position: Publicist

Place of employment: NetFlix

Address: 3201 west Roosevelt RoaD, Little Rock, Arkansas 72204

Name of defendant: Will Jones, ABN: 2001231

Position: 6th Judicial District, Prosecuting Attorney

Place of employment: Prosecuting Attorney, For Pulaski County:

Address: 224 Spring Street, Little Rock, Ar. 72201

II.   Are you suing the defendants in:

☐   official capacity only
☐   personal capacity only
☑   both official and personal capacity

III.   Previous lawsuits

A.   Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action?

Yes ___    No ✓

B.   If your answer to A is yes, describe the lawsuit in the space below.  (If there is  more than one lawsuit, describe the additional lawsuits on another piece of  paper, using the same outline.)

☐   Parties to the previous lawsuit:

Plaintiffs: _____

_____

Defendants: _____

_____

        ☐     Court (if federal court, name the district; if state court, name the county):

_____

        ☐     Docket Number: _____

        ☐     Name of judge to whom case was assigned: _____

        ☐     Disposition: (for example: Was the case dismissed?  Was it appealed?
               Is it still pending?) _____

        ☐     Approximate date of filing lawsuit: _____

        ☐     Approximate date of disposition: _____

IV.    Place of present confinement: *Pulaski County Regional Detention Facity*

_____

V.    At the time of the alleged incident(s), were you:
(check appropriate blank)

    ✓   in jail and still awaiting trial on pending criminal charges

    _____  serving a sentence as a result of a judgment of conviction

    _____  in jail for other reasons (e.g., alleged probation violation, etc.)
           explain: _____

_____

VI.    The Prison Litigation Reform Act (PLRA), 42 U.S.C. § 1997e, requires complete exhaustion of administrative remedies of all claims asserted, prior to the filing of a lawsuit.  There is a prisoner grievance procedure in the Arkansas Department of Correction, and in several county jails.  Failure to complete the exhaustion process provided as to each of the claims asserted in this complaint may result in the dismissal without prejudice of all the claims raised in this complaint.

    A.    Did you file a grievance or grievances presenting the facts set forth in this complaint?

        Yes ✓   No ____

    B.    Did you completely exhaust the grievance(s) by appealing to all levels within the grievance procedure?

Yes ✓  No ___

If not, why? _____

_____

VII. Statement of claim Discrimination

State here (as briefly as possible) the facts of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.) Will Jones, Prosecuting Attorney, For, the 6th Judicial District, Which include, Pulaski County, Arkansas; For, violating My, 8th, 13th, and 14th Amendment, Due Process, Against, Discrimination; For, Will Jones, Failed, to train, Pulaski County, Arkansas, Sheriff, Eric S. Higgins, Not to bring, the Lucky 8 T.V. LLC, Nor, their Partner company, Netflix, into, the Pulaski County Jail, to Make a Documentary, Film: That will be Aired on, Netflix Television, For, the Public to see; That include, the Victims Family, Prosecuting Attorney, Attorney, Judge, Jury, AND Inmate Family. That will Judge, the unconvicted inmate, by His Character Which could cause, Me an Inmate, to lose at trial, cause of the Prosecuting, Lose Friends, And, then I, an Inmate, cause of, the Possibility, of negativity, Which I, an Inmate, could display. thousand Dollars a Day; For, the Filming, was From, 2-18-23, through, 4-10-23; For, I was, the Main Actor, in this Documentary Film, and, was Not Paid, like, the sheriff office was. I was Discriminated Against, by Not being Paid, Like, the County of Pulaski, Sheriff office, was Paid, $1000 Dollars a Day. The Contract was, Finalized, in 2022, Which is written, in, the, Arkansas Democrat-Gazette Newspaper, 3-16-24, 3-17-24, 3-21-24; For, it did Not say, whether, the Payment, began, the moment, of, the contract signing, in, 2022, or, during the making, of, the Documentary, From, 2-18-23, through, 4-10-23; Now, If Sign a contract, on, 1-30-23; But, Pulaski County, Circuit court Judge, Barry Hyde, Said, on, 3-16-24, 3-17-24, 3-21-24, that, the signing of, the contract, between, the, Pulaski County, Sheriff, Eric Higgins, was Unlawful, Which he, signed, with, Lucky 8 T.V. LLC, and, their Partner Company, Netflix, was Unlawful, in, August, 2022; Which mean, the contract I signed, with the Sheriff, Eric S. Higgins, and, Lucky 8 T.V. LLC, and, their Partner, Company Netflix; in 2023, was Unlawful, about a Year later. For, None of, the contract, Agreed upon, was legal, but, the Sheriff Action was Binding, and, so, was, Lucky 8 T.V. LLC, and, their Partner, company, Netflix, Which has started, Showing Physical Previews, and, Advertising, of, the Documentary, Which will be, Shone Entirely, on, 4-10-24; For, Binding Mean, the are, Liable, For, the, Violation of My, Due Process. For, the making of, this Documentary, took My time Away, From, me researching, of my Pending, criminal, charges. I cannot volunteer, to sign, an Illegal Document. I was Selected, to be an Inmate Actor, in this Pulaski County Jail, Documentary, that is Not Voluntary.

VIII.   Relief **$400,000 PUNitive DamaGES, $ 400,000 Compensatory DamaGes, $400,000 Dollars, INJunctive Relief**

<u>State briefly exactly what you want the court to do for you.</u>  Make no legal arguments.  Cite no cases or statutes. I WaNt, the Relief, I asked For, I WaNt Relief, MONEY, I asKED For, I WaNt Relief, that AND Actor, Between, the Least Paid, and UP, to the <u>HiGHest Paid Actor, For, Lucky 8 T.V. LLC,</u> aND their PartNer CompaNy, Net FLiX, aND I WaNt FiNaNcial Relief, asKED For, From all DeFENDaNts : <u>I Need, Money, For My Bail, I could have Paid For, iF Gotten Paid.</u> AND, I waNt my conviction over turned, which, had Not happened, during the MakiNG of the <u>DocumeNtary, I oNly FaceD the charges;</u>

AND, I waNt all Relief, that this Court, Say I Should have, that is AdditioNal, to the Relief, FiNaNcial, and iN all, other Relief, Form.

I declare under penalty of perjury (18 U.S.C. § 1621) that the foregoing is true and correct.

Executed on this **11th** day of **APril** , 20 **24** .

*Randy Randall*

*[signature]*

_____
Signature(s) of plaintiff(s)

(1) Randy Randall 25756
(PCRDF)
3201 West Roosevelt Road
Little Rock, Ar. 72204
Date: 4-11-24

## Statement of claim: Discrimination

To the United States District court, Eastern District of Arkansas:
Here is my, 1983 Lawsuit claim, Against, Sheriff, Eric Higgins,
 For, Discrimination, Which is, a violation of, my, 8th, 13th, 14th
  Amendment, Due Process, and Lawful Right, Against,
   Discrimination;

For, I signed a contract, on 1-30-23 Date, While in, K unit.
To Participate, and be an, Actor, by way of, and in the form of, an
  Interview: For a Film Documentary, While, in the Pulaski county
  Regional Detention Facility, in the city of Little Rock, Arkansas;
The Filming Production company, Was Lucky (8) Production, and its'
  Publicist, Greg Henry; For, the Film would, be Aired, or shone to the
  Public, by Lucky (8) Television Production, Partner, Movie company,
  Netflix;

The Documentary, Which was Filmed, between, 2-18-23, to, 4-10-23;
Will Aire, or be Played, on Netflix television, For, the First time,
 on, April 10, 2024;

Now, Sheriff, Eric S. Higgins, Agreed With, Lucky (8), television,
  Production, and its' Publicist Greg Henry, and its' Partner
   company, Netflix, For, $1000, Dollars a day; For, him, and,
    the Pulaski county Jail, Re Entry Program;

For, Sheriff, Eric S. Higgins, Discriminated, against me.
By Not Agreeing With, Lucky (8), television Production,
 For, Financial Payment, For, my Daily Interview, and, Acting
  Participation, Nor, With its' Publicist, Neither, with,
   Lucky (8), television Production Company, Partner, Netflix,
    did, Sheriff, Eric S. Higgins, Agree with on, a Financial
     Payment, For my Putting my, Life on the Line, and in,
      Jeopardy with Staff, and, Inmates, When doing a daily,
       Interview, For, a Documentary, From, 2-18-23 to,
        4-10-23; Staff, want Appreciate being seen, on
         television, Not Protecting Inmates, From being
Harmed, by other Inmates, or, Protecting Inmates, From,
 hurting, them Selpes. Nor, Will inmates, appreciate a,
  Documentary, Who Film, Showed, their characters, in a negative light.

(2)
When it come to Inmates, who Are Facing charges.
But, have Not Yet been, convicted; This Documentary is a
Challenge upon, their character, if they did anything,
Unlawful, that, Lucky(8) television Production Film, Picked
up, on. Which the Public will See, and the Public, Consist of,
the Prosecuting Attorney, who bring charges, on an,
Inmate, the Judge who will, try, or is trying, (H) unit,
Inmates cases, and the Public, Consist of, Jury;
Who could, Possibly, be the Final Judge, in their, criminal
case;
For, the Negative Physical Seen, Action on Film, by inmates,
that could be Used, against, them in court, during a criminal
Court Process, when the Inmate, have Not been,
Convicted Yet. The Documentary will Not, Please the,
Inmate, or, Inmates; For, even, as, an Inmate.
I, WAS, also an, Actor, who had a huge, Role to Play.
It was, From 2-18-23, to, 4-10-23, Approximately,
(2) Months, worth of time, I Put into, this Documentary.
The time I, Spent Making, this Documentary Film.
It took me away, From Doing Research, on My criminal case,
Where my Freedom, was at Risk:
Still, I have Not, as of, the Date of, this, 1983 Lawsuit claim,
been Paid, For, My Acting Part, in the Documentary Film,
Unlocked, by Sheriff, Eric S. Higgins.
Nor, did, he Make an Agreement, with, Lucky(8) television,
Production, its' Publicist, Greg Henry, Nor, Lucky(8)
television Production, Partner Company, NetFlix,
to Pay Me, For, My Acting Participation, in
the Documentary Film, UNLOCKED.
Like, he, Sheriff, Eric S. Higgins, had, Lucky(8)
television Producer, to Pay the Sheriff, Office,
$1000 Dollars a day, For, letting them do, the
Documentary, UNLocked, inside the Pulaski County
Jail:
It is Discrimination, on the Part of, Eric S. Higgins.
It shows, in the 3-16-24, 3-17-24, 3-24-24, that is in,
the Arkansas Democrat/Gazette, News Paper,
I was Not Paid.

(3)

The Movie, Film, and Documentary, (Unlocked), Where I am an, Actor, and, Played a Huge Part, as well as, a large Role in. Was Filmed in the, Pulaski County, Arkansas Jail, 3201 West Roosevelt Road, Little Rock, Arkansas 72204;

This Documentary, UNlocKED, have been Featured, in a, NETFliX, television Series, that is to Premiere, Show, appear, and can be watched, by the city, State, Nation, and the World, on April 10, 2024;

Which will Make Billions, oF Dollars.

I have Not been Paid, My Share oF Money, For, being an, Actor, in the Documentary, UNlocKED;

LiKE, SheriFF, Eric Higgins, Signed, an Agreement, contract, with, the LucKY(8) television, Film company. The contract, said, the SheriFF OFFice, was going to, have to be Paid, $1000 Dollars a Day;

But, there is No, Mention, in the contract, Signed, by SheriFF, Eric S. Higgins, Where Me as, a Pulaski County, Arkansas, Jail INMatE;

Who would be an, Actor, in the Possible, Billion Dollar, Film, and Documentary, would be Paid Money, For, Me, an INMate, Actor in this Documentary, Role, and, Part, I Played.

SheriFF, Eric S. Higgins, treated me, diFFerent, than, than he treated, himself, and those, Who Worked at, the SheriFF OFFice, and, the EMPloyees, Who work at, the Pulaski county Jail. SheriFF, Eric S. Higgins, Said in the 3-16-24, 3-17-24, and, 3-21-24, NewsPaPer, Arkansas Democrat- Gazette, latest Seen, 3-21-2024, Section (7)(A), oF the, 3-21-24, News PaPer, SheriFF, Eric S. Higgins, said, the, $1000 Dollars a Day, would Go iN, the county General Fund; And, the county Jail, ReEntry ProGram;

(4) Like ALL Film, Movies, and Documentaries, UNLocked, in order to, capture the Interest, of the Public Viewers, the Documentary, UNLocked Series, Not Just ONE Movie, was Advertised, and, Previewed.

And, I was the Face, and the Actor, who even in the, Preview, Gained, the Interest, of the Public Viewers, Nation, and world Wide.

For, I was interviewed, and Accepted, to be an, Actor, in this New, and Never done before Documentary, Film, at the Pulaski county, Arkansas Jail, called, UNLocked; It is written, in Plain English, in the Arkansas Democrat-Gazette News Paper, 3-21-24, 3-17-24, 3-16-24, I did Not Get Paid, only Employees, of the Sheriff Office, and County Jail Employees, Who work, the ReEntry Programs.

I am an Inmate, and Not a county of Pulaski, or, City of Little Rock, Arkansas, Employee.

But, as an Actor, in a Documentary, by the Film, Producing Company, LUCKY (8) television, it's Publicist, GreG Henry, Partner Company, NetFlix; Which, was Filmed at the, Pulaski county, Arkansas Jail, I Should have Gotten, Paid, Also, like the Employees, in the Sheriff office, and, at the County Jail:

The Sheriff, Eric S. Higgins, Say, I was a Volunteer. Everybody, that Put in an, Application, For, a Job. Volunteer, to Put in, or Apply For, the Job. But, the citizen, did Not apply, For a Job, to work For Free: Nor, did the Applicant, hire himself, to Work at, Somebody Else, OWNED Company.

My Intention Was to, GEt Paid, For My time, and Work. For, the contract, or Application, I Signed, on 1-30-23, Date. Which, I Signed, while, in K Unit, was Binding ON, the Sheriff. Or, he was Responsible, as the owner, For, Me Getting Paid. And, Responsible, For Me Signing, a Legal contract. For, Judge Barry Hyde, said, in the Democrat-Gazette, it is illegal.

(5) For, Sheriff, Eric H. Higgins, signed an, Illegal contract, With Lucky(8) television; And, Sheriff, Eric S. Higgins, Gave me an, ILLegal contract, to Sign, on, 1-30-23; For, Sheriff, Eric S. Higgins, is Responsible, For Me Signing, an, ILLegal contract; For, Pulaski county, Arkansas, circuit court Judge, Barry Hyde said in the, 3-16-24, 3-17-24, 3-21-24, in the, Arkansas Democrat-Gazette, Newspaper, that the contract, signed, by Pulaski county Sheriff, Eric S. Higgins, With Lucky 8 Television INC., was Binding; Meaning, Sheriff, Eric S. Higgins, is liable; For, Damages caused, to ANY Participant, From the Making oF, the Film. OR, Documentary, called unlocked. For, Sheriff, Eric S. Higgins, signed, the ILLegal contract, on August 2022; That is About, Six Months, after, Sheriff, Eric S. Higgins, Gave me an ILLegal, contract to Sign; Which was being an, Actor, For, the Documentary Film, (unlocked).
It was ILLegal, because No Judge, had Signed OFF on it.
For, Pulaski county circuit, court Judge Barry HYDE, said in, 2021, that, Sheriff, Eric S. Higgins, Presented to him, the Idea oF having, a Film crew, inside, the county Jail; Judge Barry HYDE, said; the Deal, was Never Finalized: Meaning APProved by, him the JudGE. Nor, did he Judge Barry HYDE, schedule a court Date, Where he endorsed, Or, Put his Stamp oF APProval, or, Notarization, For, the Going Forward, oF the Pulaski county Jail, Documentary, (UNLocKED). Which Without his Knowledge, or signing oFF on, the Documentary; Still, Sheriff, Eric S. Higgins, Went over his head, and AGainst his, Barry HYDE Judgement, and Pulaski county Attorney, Adam FoGGLEMaN, Sheriff, Eric S. Higgins, also Went AGainst his, Judgement, in signing a contract, with Lucky(8) Television INC. , a Year later in August 2022;
It was also unlawFul, For Sheriff, Eric S. Higgins, to Give me an, ILLegal contract to Sign, on 1-30-23, to be an, Actor, by Giving, an Interview, to Lucky(8) television INC., and, their, Partner company, NetFlix, Who Previewed, and Advertised, the Documentary Film, (unlocked);
But, he is Liable, sheriFF Eric S. Higgins, For, Getting me Paid, by Lucky(8) Television, and their Partner, NetFlix Television INC.; Like he, Got Employees, oF the Sheriff oFFice, and county Jail Paid. Which, their Pay AGreement, was, $1000 DOLLARS a Day. Which, No AGreed uPon Payment, have been made, on My behalF. Who is an, INMate Actor, For the Documentary, Series, (unlocked); Which was Filmed, From 2-18-23, through 4-10-23;
This is a (Series), Which is More, than Just one Movie; For, Sheriff, Eric S. Higgins, Discriminated AGainst me. The Series trailer was used, indicated, that the, experiment involved a Jail with, No Locks, and No oFFicers.

(6)

Randy Randall 257561
(PCRDF)
3201 West Roosevelt Road
Little Rock, Ar. 72204
Date: 4-11-24

## Statement of Claim: Discrimination

To the United States District Court, Eastern District of Arkansas:

Here is my 1983 claim, lawsuit, against, Greg Henry, who is the Publicist, for, Lucky(8) Television Inc.; For, violating, my, 8th, 13th, and 14th Amendment, Due Process, and, Lawful right, against, Discrimination.

For, Greg Henry Discriminated, against me, on, January 30, 2023; When Giving me, on, January 30, 2023, a contract, to Sign, when, I was in (K) Unit, at the Pulaski County Jail, the Agreement, was to do an, Interview, Documentary, for, Lucky(8) Television Inc.; But I was not, told that the, contract was, Illegal, and Unlawful, Though it, had the Approval, of the Pulaski County, Sheriff; It did not have, the stamp of Approval, of a Judge, the Acceptance of, the County of Pulaski, Government Attorney, ADAM FOGLEMAN, or, the Approval, of, the County Chorum Court;

Nor, was it, written, in the contract, that the county Sheriff Office, would be Getting, $1000 Dollars, a Day, for, the Documentary Film, unlocked.

I learned, about this in, the, 3-16-24, 3-17-24, and, 3-21-24, Arkansas Democrat-Gazette, News Paper, that the Publicist, Greg Henry, of, the, Lucky(8) Television Inc., had Signed a contract, with the county Sheriff, Eric S. Higgins, as Early as, August, 2022, for a, $1000 Dollars, a Day, which began, when the contract was Signed. And, Ran through, the making of the Film, to the End of, the making, of, the Documentary Series, unlocked; The Filming Started, 2-18-23, and ran through, 4-10-23, which, Greg Henry, Publicist, Agreed, to Pay, the Sheriff Office, in August, 2022, a $1000 Dollars, a Day.

For, this Film, (unlocked), to be made inside, of the Pulaski County Jail, The Payment, was not, mentioned, in the contract, I Signed, 1-30-23; That the Sheriff Office, or, I, an, Inmate Actor in it, would be Paid.

But, Due to the Fact, that the Sheriff Office, was Paid. It is Discrimination, Against me, for, the Sheriff Office, to be Paid. And I Did not Get Paid, who is an, Actor in the Documentary Series, (unlocked), that I took time away from doing research, on my criminal case, to do; The Film has been, Previewing for, the Public. And, it's Full viewing, began Streaming, and, Showing completely, to the Public, a (73) Day Television Series, (unlocked). Where I am an, Inmate Actor. This was Mental Anguish, being, Discriminated Against; For, the Sheriff Office, Got to Pay their Bills. But, I Did not Get money, to Bail out, Get a Paid attorney, Buy Food, clothes.

Randy Randall 257561
(PCRDF)
3201 West Roosevelt Road
Little Rock, Ar. 72204
Date: 4-11-24

Statement OF Claim: Discrimination

To the UNiTED StatES Pistrict court, Eastern District of Arkansas:
Here is my 1983 claim, Lawsuit, AGainst, GreG Henry; Who is the,
Publicist, For, NetFliX Television INC.;

For violating, My 8th, 13th, and 14th Amendment, Due Process, and Lawful
right against, Discrimination: For, GreG Henry, Discriminated AGainst,
Me, oN, January 30, 2023, When I SiGNED, a contract oN January 30,
2023, While iN, (K) UNit, at the PulaSKi CounTy Jail, with,
NETFliX Television INC., to do a Documentary INterview;
But, I was Not told, that the contract, was ILLegal, and
UNlawFul; Though, it had the APProval, oF the PulaSKi county,
SheriFF, it did Not have Judge Acceptance, Or, the Pulaski
County, Attorney, ADAM Fogleman, APProval, Nor, the Chorum
Court APProval;

Nor, was it listed iN, the contract, that, the SheriFF oFFice, Would
be Getting, $1000 DoLLars a Day, For the Documentary Film.
I learNED, about this in the, 3-16-24, 3-17-24, and 3-21-24,
ArkaNsas Democrat-Gazette, NewsPaPer, that, the Publicist,
For, NetFliX Television INC., GreG Henry, had SiGNED a
contract, with the CouNty SheriFF, Eric S. Higgins, AGreeiNG, to
Pay, the SheriFF oFFice, iN AuGust, 2022, $1000 Dollars, a Day.
For, a Documentary Film, that is to be, Made iN the Pulaski County
Jail; But, it was Not listed, iN the contract, I SigNED, oN 1-30-23;
Nor, was it listed in the 3-16-24, 3-17-24, or, the 3-21-24, Arkansas
Democrat-Gazette NewsPaPer, Where INMates, which I am.
Would be Paid, UPoN aN AGreement, SiGNED by me, and, GreG Henry,
Where I, as an INMate, Would be Getting Paid, though I am,
and, was to be, an Actor, iN the Documentary Film, (UNlocKeD);

GreG Henry, Discriminated AGainst Me, oN 1-30-23:
Not Paying me, an Actor in the, Documentary Series, UNlocked.
Which lasted, From 2-18-23, til, 4-10-23; the Film MakiNG;
But, Greg Henry, Paid, the SheriFF oFFice, $1000, a Day, AuGust, 2022;
Film, UNlocked began Full Play, 4-10-2024, oN NetFliX;

RaNDy RaNdaLL 257561
PCRDF
3201 West Roosevelt Road
Little Rock, Ar. 72204



US POSTAGE
$001.12⁰
First-Class - IMI
04/10/2024
0348 0081823269

Pro SE
600 West capitol Avenue
Little Rock, Ar. 72201

IL/M